IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OXFORD LANDING HOMEOWNERS ASSOCIATION, INC. | : |
| Plaintiff | : |
| v. | : CIVIL NO. CC-1095 |
| SECRETARY OF HOUSING AND URBAN DEVELOPMENT | : |
| Defendant Petitioner | : |

oOo

<u>ORDER</u>

Upon motion of the defendant for an enlargement of time and there being good cause therefore, it is this /8/ day of April, 2000,

HEREBY ORDERED that the defendant have sixty (60) days from April 14, 2000 to June 13, 2000 within which to answer or otherwise respond to the Complaint filed in this case.

_____
United States District Judge