IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OXFORD LANDING HOMEOWNERS ASSOCIATION** | * |
| Plaintiff, | * |
| v. | *  Civil No. JFM 00-1095 |
| Secretary of the Department of Housing and Urban Development | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \*

## LOCAL RULE 111.1 ORDER

This Court has been advised that the above action is being settled, including all counterclaims cross claims, and third-party claims, if any.

For this reason, it is this _25th_ day of _April_, 2000, by the United States District Court for the District of Maryland,

ORDERED that this action is hereby dismissed with each party to bear its own costs, unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause to reopen this action if the settlement agreement is not fully executed within 60 days of the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court mail copies of this Order to counsel for the parties.

_____
J. Frederick Motz
Chief, United States District Judge

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Lynne A. Battaglia*
*United States Attorney*

*Larry D. Adams*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TRY/TDD:410-962-4462*
*410-209-4801*
*FAX 410-962-2310*

April 21, 2000

Honorable J. Frederick Motz
Chief, United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re: <u>Oxford Landing Homeowners Assoc. v. Secretary of HUD</u>
           Civil No: JFM 00-1095

Dear Judge Motz:

    This letter is written to inform the Court that the conference which the court scheduled for April 28, 2000 is unnecessary. HUD has contacted the attorneys for the plaintiff and obtained a payoff amount. Accordingly, the government submits a Local Rule 111.1 order to expedite closing of this case from the Court's docket.

                          Very truly yours,

                          Lynne A. Battaglia
                          United States Attorney

                          Larry D. Adams
                          Assistant United States Attorney

Enclosure
cc: Torin Andrews, Esquire